ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiffs Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC, and; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; TBR I, LLC; KERN & ASSOCIATES, INC.; AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00194-MMD-WGC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINE ON PLAINTIFF'S MOTION TO PARTIALLY LIFT STAY AND AMEND THE COMPLAINT (ECF Nos. 80, 81)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ditech Financial Services LLC f/k/a Green Tree Servicing LLC and Federal National Mortgage Association, and Defendants Highland Ranch Homeowners Association, TBR I LLC, and Airmotive Investments Inc., hereby stipulate as follows:

1. Ditech and Fannie Mae filed a motion to partially lift the stay and amend the complaint on May 4, 2018. (ECF Nos. 80, 81.) The deadline to oppose the motions is May 18, 2018.

2. The parties stipulate to extend the deadline to oppose the motions to May 25, 2018 to allow defendants adequate time to analyze and address the new legal issues raised therein.

45178039;1

**AKERMAN, LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. Defendant Highland Ranch filed an opposition to the motion on May 10, 2018. (ECF Nos. 82, 83.) The deadline to reply to Highland Ranch's opposition is currently May 17, 2018, a day before the deadline to oppose the original motion.

4. To avoid duplication and ensure time for adequate briefing of this new legal issue, the parties also stipulate that Ditech and Fannie Mae's deadline to file a reply to any oppositions be June 15, 2018, twenty-one days after the deadline to file an opposition.

5. The parties certify they do not file this stipulation for purposes of undue delay or to disadvantage any party.

Respectfully submitted this 15th day of May, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| By: */s/ Jamie K. Combs*<br>　　ARIEL E. STERN, ESQ.<br>　　Nevada Bar No. 8276<br>　　JAMIE K. COMBS, ESQ.<br>　　Nevada Bar No. 13088<br>　　1635 Village Center Circle, Suite 200<br>　　Las Vegas, Nevada 89134<br>　　*Attorneys for Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association* | By: */s/ Timothy E. Rhoda*<br>　　ROGER P. CROTEAU, ESQ.<br>　　Nevada Bar No. 4958<br>　　TIMOTHY E. RHODA, ESQ.<br>　　Nevada Bar No. 7878<br>　　9120 West Post Road, Suite 100<br>　　Las Vegas, Nevada 89148<br>　　*Attorneys for Airmotive Investments, LLC and TBR I, LLC* |
| **PERRY & WESTBROOK**<br><br>By:*/s/ Cheryl Wilson*<br>　　ALAN W. WESTBROOK, ESQ.<br>　　Nevada Bar No. 6167<br>　　CHERYL WILSON<br>　　Nevada Bar No. 8312<br>　　1701 W. Charleston Boulevard, Suite 200<br>　　Las Vegas, Nevada 89102<br>　　*Attorneys for Highland Ranch Homeowners Association* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

　May 16, 2018
DATED

45178039;1