ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**AIRMOTIVE INVESTMENTS, LLC,
AND TBR I, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; TBR I, LLC; KERN & ASSOCIATES, INC.; AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:16-cv-00194-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiffs, DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION; Defendant, AIRMOTIVE INVESTMENTS, LLC; and Defendant HIGHLAND RANCH HOMEOWNERS ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as

follows:

1. On November 16, 2018, Plaintiffs filed a Motion for Summary Judgment herein [ECF #98]. Responses to said Motion are presently due on January 8, 2019, pursuant to a stipulation approved on December 10, 2018 [ECF #100].

2. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. These obligations include numerous appellate briefs, other motions for summary judgment and other litigation matters. In addition, the Christmas and New Years Day holidays resulted in family obligations that further detracted from the time available. Further, the parties desire to discuss an amicable settlement of this matter before spending additional time and money on litigation.

3. Based upon the foregoing, Defendants have requested and shall be granted an additional extension of time until February 5, 2019, in which to respond to the Plaintiff's Motion for Summary Judgment.

//
//
//
//
//
//
//
//
//
//
//
//
//

7491 Rembrandt

4. Plaintiffs similarly have requested an extended period of time in which to file any necessary Reply briefs. Plaintiff shall be granted a period of 30 days from the date on which Defendants' Responses are filed in which to file any Replies.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 8th day of January, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>**Attorney for Defendant**<br>**Airmotive Investments, LLC**<br>**and TBR I, LLC** | /s/ Jamie K. Combs<br>JAMIE K COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5007<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>**Attorney for Plaintiffs**<br>**Ditech Financial Services, LLC and**<br>**Federal National Mortgage Association** |

PERRY & WESTBROOK

/s/ Cheryl H. Wilson
CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
702-870-2400
702-870-8220 (fax)
cwilson@perrywestbrook.com
**Attorney for Defendant**
**Highland Ranch Homeowners Association**

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: January 9, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___8th___ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Alan W Westbrook
Perry & Westbrook
1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
702-870-2400
702-870-8220 (fax)
awestbrook@perrywestbrook.com
*Attorney for Defendant*
*Highland Ranch Homeowners*
*Association*

Jamie K Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Karen M. Ayarbe
Gayle A. Kern, Ltd.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
karenayarbe@kernltd.com
*Attorney for Defendant*
*Kern & Associates, Inc.*

Tenesa S Powell
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

/s/ Timothy E. Rhoda
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.