ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Ditech Financial Services LLC
f/k/a Green Tree Servicing LLC and Federal
National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC, and; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; TBR I, LLC; AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00194-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S REPLY DEADLINE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF NOS. 98]**<br><br>(**SECOND REQUEST**) |

Ditech Financial Services LLC f/k/a Green Tree Servicing LLC (**Ditech**) and Federal National Mortgage Association (**FNMA**) (collectively **Plaintiffs**) and Airmotive Investments, LLC (**Airmotive**) stipulate to extend plaintiffs deadline to file its reply supporting its motion for summary judgment, ECF Nos. 98, for an additional 14 days or until March 22, 2019.

Plaintiffs moved for summary judgment on November 16, 2018. (ECF Nos. 98). Airmotive responded to Plaintiffs motion on February 5, 2019. (ECF Nos. 105) Pursuant to the stipulation and order entered on January 9, 2019, Plaintiff's reply is due 30 days from the date Defendants' responses are filed, or March 7, 2019. (ECF No. 103)

1

48000339;1

The parties stipulate to extending plaintiffs reply deadline by fourteen days, from March 7, 2019 to March 21, 2019, to allow additional time to prepare their briefing.

This is the Plaintiffs' second request to extend their summary judgment briefing deadline in this case. The parties do not make this request to cause delay or prejudice any party.

DATED: March 7th, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 2810 West Charleston Boulevard, Suite 75 |
| Las Vegas, NV 89134 | Las Vegas, NV 89102 |
| *Attorneys for Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association* | *Attorneys for TBR 1, LLC and Airmotive Investments, LLC* |

NO FURTHER EXTENSION WILL BE GRANTED.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 11, 2019