ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Defendant***
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DITECH FINANCIAL SERVICES LLC f/k/a  )
GREEN TREE SERVICING LLC, and        )
FEDERAL NATIONAL MORTGAGE            )
ASSOCIATION,                         )   Case No.  3:16-cv-00194-MMD-WGC
                                     )
                Plaintiffs,          )
                                     )
vs.                                  )
                                     )
HIGHLAND RANCH HOMEOWNERS            )
ASSOCIATION; TBR I, LLC; KERN &      )
ASSOCIATES, INC.; AIRMOTIVE          )
INVESTMENTS, LLC,                    )
                                     )
                Defendants.          )
                                     )

**JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

COMES NOW, Defendants, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*) and HIGHLAND RANCH HOMEOWNERS ASSOCIATION (*"HOA"*), and Plaintiffs, DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC (*"Ditech"*), and FEDERAL NATIONAL MORTGAGE ASSOCIATION (*"Fannie Mae"*), by and through their undersigned counsel, and hereby jointly move this Court to extend the time to file a Notice of Appeal in this matter, stating as follows:

7491 Rembrandt

1. On September 12, 2019, this Court entered an Order granting Plaintiffs' Motion for Summary Judgment. [ECF #121].
2. On the same date, a Final Judgment was entered. [ECF #122].
3. Since the entry of the Final Judgment, Airmotive, HOA, Ditech and Fannie Mae have been attempting to negotiate the terms of an amicable settlement of all claims at issue between them in this matter.
4. The current deadline to file a Notice of Appeal is October 14, 2019 (because October 12, 2019 falls on a Saturday).
5. The parties desire to further discuss an amicable resolution before incurring the costs associated with an appeal.
6. Fed. R. App. P. 4 provides in pertinent part as follows:

    (5) *Motion for Extension of Time.*
    (A) The district court may extend the time to file a notice of appeal if:
    (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
    (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
    (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
    (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

7. Pursuant to Fed. R. App. P. 4, Airmotive, HOA, Ditech and Fannie Mae respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal herein until (a) November 11, 2019; or (b) 14 days after an Order granting this Motion is entered, whichever is later.

//
//
//
//

8. This Motion is made in good faith and not for purpose of delay.

Dated this 11th day of October, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | PERRY & WESTBROOK |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> **Attorney for Defendant** <br> **Airmotive Investments, LLC** | /s/ *Alan W. Westbrook* <br> ALAN W WESTBROOK, ESQ. <br> Nevada Bar No. 6167 <br> 1701 W. Charleston Blvd., Suite 200 <br> Las Vegas, NV 89102 <br> 702-870-2400 <br> 702-870-8220 (fax) <br> awestbrook@perrywestbrook.com <br> **Attorney for Defendant** <br> **Highland Ranch Homeowners Association** |

AKERMAN, LLP

/s/ *Jared M. Sechrist*
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
Jared.sechrist@akerman.com
**Attorney for Plaintiffs**
**Ditech Financial Services, LLC and**
**Federal National Mortgage Association**

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: October 15, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___11th___ day of October, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL** to the following parties:

Ariel E. Stern
Akerman LLP
1635 VillageCenter Circle
Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Jamie K Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Jared M Sechrist
Akerman
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5039
jared.sechrist@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Tenesa S Powell
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial Services, LLC and*
*Federal National Mortgage Association*

Alan W Westbrook
Perry & Westbrook
1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
702-870-2400
702-870-8220 (fax)
awestbrook@perrywestbrook.com
*Attorney for Defendant*
*Highland Ranch Homeowners Association*

Gayle A. Kern
Leach Kern Gruchow Anderson Song
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
gkern@lkglawfirm.com
*Attorney for Defendant*
*Kern & Associates, Inc.*

Karen M. Ayarbe
Leach Kern Gruchow Anderson Song
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
kayarbe@lkglawfirm.com
*Attorney for Defendant*
*Kern & Associates, Inc.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

7491 Rembrandt