ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Ditech Financial Services LLC f/k/a
Green Tree Servicing LLC and Federal National
Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC and; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; TBR I, LLC; AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00194-MMD-WGC<br><br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

///

///

50886400;1

1    PLEASE TAKE NOTICE that Ditech Financial Services LLC f/k/a Green Tree Servicing

2 LLC and Federal National Mortgage Association hereby provides notice that Jared Sechrist, Esq. is

3 no longer associated with the law firm of Akerman LLP.

4    Akerman LLP continues to serve as counsel for Ditech Financial Services LLC f/k/a Green

5 Tree Servicing LLC and Federal National Mortgage Association in this action.    All future

6 correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and

7 Nicholas E. Belay, Esq.

8

9    DATED this 20th day of November 2019.

10                                          **AKERMAN LLP**

11                                          */s/ Nicholas Belay*
                                            ARIEL E. STERN, ESQ.
12                                          Nevada Bar No. 8276
                                            NICHOLAS BELAY, ESQ.
13                                          Nevada Bar No. 15175
                                            1635 Village Center Circle, Suite 200
14                                          Las Vegas, NV 89134

15
                                            *Attorneys for Ditech Financial Services LLC f/k/a*
16                                          *Green Tree Servicing LLC and Federal National*
                                            *Mortgage Association*
17

18

19    IT IS SO ORDERED.

20                                          William G. Cobb
                                            _____
21                                          United States Magistrate judge

22
                                            DATED:   November 21, 2019.
23

24

25

26

27

28

2